IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN EDWARD SAVAGE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 21-4612** |
| | : | |
| **BLANCHE CARNEY, PIERRE LACOMBE, CORIZON** | : | |
| | : | |

# ORDER

**AND NOW**, this 19th of April 2022, upon considering Defendants Blanche Carney and Pierre Lacombe's Motion to dismiss (ECF Doc. No. 17), the pro se incarcerated Plaintiff's letter Response seeking leave to amend and for appointment of counsel (ECF Doc. No. 18), finding the Plaintiff's pro se allegations do not state a claim against these moving Defendants in either their official or individual capacities, and for reasons in the accompanying memorandum while mindful of the Plaintiff's pro se request to amend, it is **ORDERED**:

1.  Defendants Carney and Lacombe's Motion to dismiss (ECF Doc. No. 17) is **GRANTED** without prejudice to the incarcerated Plaintiff filing an amended Complaint alleging claims consistent with the accompanying memorandum, as well as adding timely and exhausted claims against other potentially liable individuals including Chief of Medical Operations Herdman if warranted by the facts and the law no later than **May 10, 2022;** and,

2.  We again decline to refer this matter to our Court's volunteer panel for civil rights claims as we are far too early in the analysis consistent with our January 5, 2022 Order (ECF Doc. No. 12).

**KEARNEY, J.**