IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN EDWARD SAVAGE | : CIVIL ACTION |
| | : |
| v. | : NO. 21-4612 |
| | : |
| BLANCHE CARNEY, PIERRE LACOMBE, CORIZON, LT. SIMMONS, C.O. SEARCY, BRUCE HERDMAN | : : : : |

# ORDER

AND NOW, this 7th of June 2022, having completed our Congressionally mandated screening of the incarcerated Plaintiff's pro se allegations under 28 U.S.C. § 1915A, finding he does not plead facts to allow us to proceed on either supervisory or individual liability claims as to his civil rights theories for failure to protect him from a stabbing incident or decision not to take him to the hospital for surgery, but finding he may be able to do so in a more detailed pleading, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **DISMISS** the Plaintiff's amended Complaint (ECF Doc. No. 25) without prejudice to Plaintiff filing a second amended Complaint on or before **July 8, 2022** if he can do so consistent with his good faith understanding of the facts and the accompanying Memorandum;

2. The Clerk of Court shall not issue summons nor shall any served party respond until after we complete the screening of a second amended Complaint; and,

3. We decline Plaintiff's request for appointment of counsel at this preliminary stage and without prejudice to be renewed if he can plead facts.

KEARNEY, J.